James D. Weakley, Esq.     Bar No. 082853
Brande L. Gustafson, Esq.  Bar No. 267130

Weakley & Arendt, LLP
1630 East Shaw Ave., Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
Jim@walaw-fresno.com
Brande@walaw-fresno.com

Attorneys for Defendant, Reyes Soberon, Jr.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMRA CAMP, | CASE NO. 1:17-cv-00715-LJO-JLT |
| Plaintiff, | **STIPULATION TO STAY DISCOVERY RELATING TO DEFENDANT REYES SOBERON, JR.; [~~Proposed~~] ORDER** |
| vs. | |
| COUNTY OF KERN; KERN COUNTY PROBATION DEPARTMENT; DAVID M. KUGE; REYES SOBERON JR.; and DOES 1 through 100, Inclusive, | (Doc. 20) |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for their respective parties that, all forms of discovery relating in any way to statements made by Defendant Reyes Soberon, Jr., which are protected by his Fifth Amendment rights, shall be stayed pending the completion of the related criminal trial in *The People of the State of California vs. Reyes Soberon, Jr.,* Kern County Superior Court Case Number BF162579A. The criminal jury trial is currently set for November 13, 2017, but has the potential to be continued out to early 2018.

/ / /

/ / /

/ / /

It is further stipulated that this stay does not affect discovery as to any other party in this case.

DATED: August 22, 2017                    WEAKLEY & ARENDT, LLP

                                                        /s/ James D. Weakley
                                                        James D. Weakley
                                                        Brande L. Gustafson
                                                        Attorneys for Defendant, Reyes Soberon, Jr.

DATED: August 22, 2017                    MARK L. NATIONS,
                                                        INTERIM KERN COUNTY COUNSEL

                                                        /s/ Marshall S. Fontes (As authorized on 8/22/17)
                                                        Marshall S. Fontes, Deputy County Counsel
                                                        Attorneys for Defendants County of Kern, Kern
                                                        County Probation Department, and David M. Kuge

DATED: August 24, 2017                    RODRIGUEZ & ASSOCIATES

                                                        /s/ Joseph Whittington  (As authorized on 8/24/17)
                                                        JOSEPH WHITTINGTON
                                                        Attorneys for PlaintifF

## [~~Proposed~~] ORDER

IT IS SO ORDERED.

Dated: **August 25, 2017**                    **/s/ Jennifer L. Thurston**
                                                                         UNITED STATES MAGISTRATE JUDGE