1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11   TAMRA CAMP,                          Case No.: 1:17-cv-0715- LJO- JLT
                                      )
12              Plaintiff,            )   ORDER AFTER NOTICE OF SETTLEMENT
                                      )
13        v.                          )
                                      )
14   COUNTY OF KERN, et al.,          )
                                      )
15              Defendants.           )
                                      )
16   _____)

17        On June 14, 2018, the parties informed the Court that "Plaintiff has reached a global agreement

18   with all Defendants to resolve the claims." (Doc. 28 at 2) In addition, the parties report they "are in

19   the process of finalizing a settlement agreement and release of all claims." (*Id.*) Accordingly, the

20   Court **ORDERS**:

21        1.       A stipulation to dismiss the action **SHALL** be filed __no later than July 9, 2018__; and

22        2.       All other pending deadlines, conferences and hearings are **VACATED**.

23   **__The parties are advised that failure to comply with this order may result in the Court imposing__**

24   **__sanctions, including the dismissal of the action.__**

25
     IT IS SO ORDERED.
26

27   Dated: __June 18, 2018__                    _____**/s/ Jennifer L. Thurston**_____
                                                 UNITED STATES MAGISTRATE JUDGE
28